**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6398**

———————

KEVIN SMITH, a/k/a Bar-None-Royal Blackness,

                                    Plaintiff - Appellant,

        versus

LAURIE F. BESSINGER, Warden; VAUGHN JACKSON,
Captain; TERRELL CANNON, SR.,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Patrick Michael Duffy, District
Judge.  (CA-96-2217-0-23BD)

———————

Submitted:  July 22, 1998          Decided:  August 7, 1998

———————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kevin Smith, Appellant Pro Se.  Andrew Frederick Lindemann, DAVID-
SON, MORRISON & LINDEMANN, P.A., Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Smith v. Bessinger, No. CA-96-2217-0-23BD (D.S.C. Mar. 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2